# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| JOCELYN ROBERTS, individually and on behalf of all others similarly situated<br>**Plaintiff,**<br><br>vs<br><br>GRAPHIC PACKAGING INTERNATIONAL, LLC<br>**Defendant.** | **CIVIL NO.** 3:21-cv-00750<br><br>**CJRA TRACK**: D<br><br>**JURY TRIAL:** No.<br><br>**JUDGE:** Hon. David W. Dugan<br><br>**MANDATORY MEDIATION:**   NO |

## NOTICE OF SETTLEMENT AND REQUEST
## TO SET DEADLINE FOR STATUS REPORT ON SETTLEMENT

Plaintiff Jocelyn Roberts ("Plaintiff") and Defendant Graphic Packaging International, LLC ("Defendant") (collectively, the "Parties"), respectfully notify the Court that the Parties have reached a class-wide settlement in this matter.

The Parties have finalized and executed the Settlement Agreement, and are currently working to identify the last known addresses for the Settlement Class, which includes several individuals who are not employees of the Defendant.

Accordingly, the Parties request that the Court: (1) vacate all deadlines in this case; and (2) set a deadline providing fourteen (14) days to file an status report on their progress in identifying the  Settlement Class's addresses in the event Plaintiff has not moved for preliminary approval by that time.

203095

DATED:  October 31, 2023        Respectfully submitted,

By:  /s/ Gregg M. Barbakoff
Gregg M. Barbakoff (ARDC 635413)
KEOGH LAW, LTD.
55 W. Monroe St., Suite 3390
Chicago, Illinois 60603
Tel.: (312) 726-1092
gbarbakoff@keoghlaw.com

*Attorneys for Plaintiff and the Putative Class*


/s/ Jessica D. Causgrove (with consent)
Jessica D. Causgrove
Franklin Z. Wolf
FISHER & PHILLIPS LLP
10 S. Wacker Dr., Suite 3450
Chicago, IL  60606
Tel. (312) 346-8061
jcausgrove@fisherphillips.com

*Attorneys for Defendant*

203095