# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| JOCELYN ROBERTS, individually and on behalf of all others similarly situated<br>**Plaintiff,**<br><br>vs<br><br>GRAPHIC PACKAGING INTERNATIONAL, LLC<br>**Defendant.** | **CIVIL NO.** 3:21-cv-00750<br><br>**CJRA TRACK**: D<br><br>**JURY TRIAL:** No.<br><br>**JUDGE:** Hon. David W. Dugan<br><br>**MANDATORY MEDIATION:**   NO |

## JOINT STATUS REPORT REGARDING THE PARTIES' SETTLEMENT

Plaintiff Jocelyn Roberts ("Plaintiff") and Defendant Graphic Packaging International, LLC ("Defendant") (collectively, the Parties), submit the following joint status report pursuant to ECF No. 45:

On September 18, 2023 — following an all-day mediation session with the Hon. Thomas Rakowski (Ret.) of JAMS — the parties reached an agreement-in-principle on a class-wide settlement in this case. After spending the next three weeks negotiating their remaining points of dispute, the Parties entered into the fully executed Settlement Agreement on October 23, 2023.

The Settlement Agreement provides Defendant shall provide the class administrator within ten days from the execution of the settlement agreement (October 23, 2023) the class list "along with the Settlement Class Members' full names, last known U.S. mailing address (if known), and social security number (if known) in order to provide 1099s to the class members.  The Settlement Agreement also required the Parties to cooperate to effectuate the class settlement.

Thus, beginning September 28, 2023, Plaintiff followed up by phone and email approximately 17 times for status on Defendant's progress in obtaining names and addresses for

class members who would be the employees of the vendors and staffing agencies that visited its facility during the Class Period.

On November 6, 2023, Defendant confirmed it has most of the class list, but was working to identify and contact its staffing agencies and vendors to obtain the names and addresses needed to complete the Class List.

On November 21, 2023, after receiving three follow-up emails from Plaintiff, Defendant issued an email: (1) noting it was still working to identify addresses for 239 class members; (2) providing a partial list of the vendors it used during the Class Period; and (3) explaining it would circle back later that afternoon with the other staffing agencies it used during the Class Period.

The same day (*i.e.* November 21, 2023), Plaintiff requested that Defendant clarify whether it had obtained addresses for any non-employee class members and forward the names of the other staffing agencies used. Having received no response, Plaintiff followed up again on November 27, 2023.

On November 30, 2023, Defendant identified the other staffing agency used during the Class Period, and explained Plaintiff would need to issue a subpoena for the names and addresses of the class members who worked for that company. And, while Defendant also forwarded the Class List compiled to date, it does not contain addresses for 262 of the non-employee class members.

Thus, Plaintiff is in the process of subpoenaing the newly-disclosed staffing agencies and each of the vendors identified in Defendant's November 21, 2023 email. To facilitate these efforts, the Parties request that the Court grant Plaintiff an additional sixty (60) days to move for Preliminary Approval of the Class Settlement, and, if necessary, move to compel Defendant's cooperation in identifying the class pursuant to the Settlement Agreement.

204481

Accordingly, the Parties request that the Court: (1) vacate the January 1, 2024 deadline for dismissing the case with prejudice; and (2) set a deadline providing sixty (60) days for Plaintiff to move for preliminary approval.

DATED:  December 1, 2023                     Respectfully submitted,

By:  /s/ Gregg M. Barbakoff
Gregg M. Barbakoff (ARDC 635413)
KEOGH LAW, LTD.
55 W. Monroe St., Suite 3390
Chicago, Illinois 60603
Tel.: (312) 726-1092
gbarbakoff@keoghlaw.com

Attorney(s) for Plaintiff

/s/ Jessica D. Causgrove (with consent)
Jessica D. Causgrove
FISHER & PHILLIPS LLP
10 S. Wacker Dr., Suite 3450
Chicago, IL  60606
Tel. (312) 346-8061
jcausgrove@fisherphillips.com

Attorney(s) for Defendant

204481