**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| JOCELYN ROBERTS, individually and on behalf of all others similarly situated, )<br><br>*Plaintiff,* )<br><br>v. )<br><br>GRAPHIC PACKAGING INTERNATIONAL, LLC )<br><br>*Defendant.* ) | Case No. 3:21-cv-00750<br><br>Hon. David W. Dugan<br>Presiding Judge |

**DEFENDANT'S SUPPLEMENTAL MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Now comes Defendant Graphic Packaging International, LLC, by and through its undersigned counsel, and for its Supplemental Motion for Preliminary Approval of Class Action Settlement, states as follows:

1. On January 19, 2024, Plaintiff filed her Motion for Preliminary Approval of Class Settlement and Supporting Memorandum ("Plaintiff's Motion"). [Dkt. 50.]

2. Defendant did not join Plaintiff's Motion [Dkt. 50], as it was still in the process of confirming the proposed class size and preparing the necessary notices in accordance with the Class Action Fairness Act of 2005, 28 U.S.C. 1711 *et seq.* ("CAFA"). As such, Plaintiff filed the Motion unilaterally.

3. On January 29, 2024, this honorable Court set a hearing on Plaintiff's Motion for June 11, 2024 at 10:00 a.m. [Dkt. 52]. On February 6, 2024, this honorable Court granted Plaintiff's Motion and converted the June 11, 2024 motion hearing to a Final Approval Hearing.

4. Since then, the parties have confirmed that the class size increased, agreed to the increased class size, and modified the relevant notices to reflect the same. The revised forms of Notice are attached hereto as **Exhibits 1 and 2**. As part of its Supplemental Motion for Preliminary Approval

of Class Action Settlement, Defendant further notes that it is prepared to issue its CAFA Notices.

5. For the reasons set forth in Plaintiff's Motion and the Court's Order granting Plaintiff's Motion, the revised forms of Notice should be approved, as they satisfy all of the criteria set forth in the Manual for Complex Litigation. *Manual for Compl. Lit., supra,* at ⸱21.312.

6. Defendant further advises the Court that it accordance with CAFA, 28 U.S.C. 1711 *et seq.*, Defendant shall serve upon the appropriate State official of each State in which a class member resides and the appropriate Federal Official, notice of the proposed settlement. Such notices will be sent within 10 days after this filing of Defendant's Supplemental Motion, and more than 90 days of the Final Approval Hearing, currently set for June 11, 2024.

7. Defendant further notes that this Supplemental Motion does ***not*** request (or require) the rescheduling of the June 11, 2024 Final Approval Hearing.

WHEREFORE, and for the reasons set forth in Plaintiff's Motion and the Court's Order granting Plaintiff's Motion, Defendant respectfully files this Supplemental Motion and requests that the Court, again, (i) approve the proposed settlement as being within the range of possible final approval; and (ii) approve the revised forms of Notice, to be administered by ALCS.

Dated: February 15, 2024          Respectfully submitted,

GRAPHIC PACKAGING INTERNATIONAL, LLC,

/s/ Jessica D. Causgrove
Jessica D. Causgrove (ARDC No. 6306218)
Franklin Z. Wolf (ARDC No. 6301208)
FISHER & PHILLIPS LLP
10 S. Wacker Dr., Suite 3450
Chicago, IL  60606
Tel. (312) 346-8061
jcausgrove@fisherphillips.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2024, I caused a copy of the foregoing document, along with any attached exhibits, to be served upon all counsel of record via electronic filing using the CM/ECF system.

/s/ Jessica D. Causgrove

FP 49619968.2